| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the:<br>**WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**   CQ restaurants LLC DBA Planet Sub

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   3 2 - 0 4 5 7 8 2 6

4. **Debtor's address**

   **Principal place of business**
   8823 Tradeway
   Number     Street

   San Antonio      TX     78217
   City             State  ZIP Code

   Bexar
   County

   **Mailing address, if different from principal place of business**
   Number     Street
   P.O. Box
   City             State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number     Street
   City             State  ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☑ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **CQ restaurants LLC DBA Planet Sub**     Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check all that apply:
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **CQ restaurants LLC DBA Planet Sub**     Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No
    ☐ Yes.  District _____ When __/__/____ Case number _____
            District _____ When __/__/____ Case number _____
            District _____ When __/__/____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____ Relationship _____
            District _____ When __/__/____
            Case number, if known _____

            Debtor _____ Relationship _____
            District _____ When __/__/____
            Case number, if known _____

11. **Why is the case filed in *this district?***

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **CQ restaurants LLC DBA Planet Sub**     Case number (if known) _____

| | | |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br>**Why does the property need immediate attention?** *(Check all that apply.)* <br><br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br><br> ☐ It needs to be physically secured or protected from the weather. <br><br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br><br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>     Number    Street <br> _____ <br> City     State     ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.   Insurance agency _____ <br>         Contact name _____ <br>         Phone _____ |

### Statistical and adminstrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ☒ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
| 15. | **Estimated assets** | ☒ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☒ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

Debtor **CQ restaurants LLC DBA Planet Sub**     Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/09/2021**
MM / DD / YYYY

X **/s/ Mr Carlos Sayas**
Signature of authorized representative of debtor
**Mr Carlos Sayas**
Printed name
**Authorized Representative**
Title

**18. Signature of attorney**

X **/s/ Edward L. Bravenec**     Date **04/09/2021**
Signature of attorney for debtor     MM / DD / YYYY

**Edward L. Bravenec**
Printed name
**Law Offices of McKnight & Bravenec**
Firm name
**405 South Presa**
Number     Street

**San Antonio**     **TX**     **78205**
City     State     ZIP Code

**(210) 223-4080**     **braveknight@att.net**
Contact phone     Email address
**24012329**     **TX**
Bar number     State

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **CQ restaurants LLC DBA Planet Sub**     CASE NO

CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/9/2021     Signature  /s/ Mr Carlos Sayas
                                *Mr Carlos Sayas*
                                *Authorized Representative*

Date  _____     Signature  _____

Airgas
335 N WW White Rd,
San Antonio, TX 78219

Whitestone Strand LLC,
2600 S. Gressner Rd
Houston Texas 77063

Amergy Bank
10001 Reunion Place
San Antonio Texas 78216

Aramark
5682 Randolph Blvd,
San Antonio, TX 78233

Bexar County Tax Assessors
c/o Linebarger Goggin Blair
711 Navarro Suite 300
San Antonio Texas 78205

Bexar County Tax Assessors
C/o Linebarger, Goggin Blair
711 Navarro St #300
San Antonio Texas 78205

Cintas
7007 Fairgrounds Pkwy,
San Antonio, TX 78238

Coca Cola Company
1 Coca-Cola Pl,
San Antonio Texas 78219

Law Offices of McKnight & Bravenec
405 South Presa
San Antonio, TX 78205

Rockbot
1308 Broadway
Oakland, CA 94612

WhiteStone REIT
2600 S Gessner Rd #500
Houston, TX 77063