**AirUNITED STATES BANKRUPTCY**
**COURT WESTERN DISTRICT OF**
**TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No:21-50426** |
| **CQ RESTAURANTS LLC** | § | |
| **dba PLANET SUB** | § | |
| | § | |
| **Debtor** | § | **Chapter 7** |

**DEBTOR'S MOTION TO CONVERT TO CHAPTER 7**

Debtor, files this *Motion to Convert to Chapter 7 and Request for Discharge of Chapter 7 Case*, and in support of this motion would show the Court as follows:

1. That on April 9, 2021 Movant through Counsel filed a Voluntary Petition for Non-Individuals Filing for Bankruptcy (The Application);

2. In filing the Application Movant's Counsel used the program Bankruptcy Pro;

3. Due to an error in the Bankruptcy Pro application program, the program failed to make the necessary change for a chapter 7 filing;

4. The program failed at no fault of Counsel or Movant;

**PRAYER**

WHEREFORE, CQ RESTURANT, LLC DBA PLANET SUB, Debtor, prays that for these reasons the Court find the error was made through no fault of Counsel or Debtor, and grant Debtor's Motion to Convert from Chapter 11 to Chapter 7 liquidation and grant Debtors full or partial refund of Debtors Chapter 11 filing fees.

McKnight & Bravenec

Edward L. Bravenec
SBN:24012329
Attorney for Debtor
405 South Presa
San Antonio Texas 78205
Braveknight@att.net

## CERTIFICATE OF SERVICE

I do hereby certify that on this 13th day of April, 2021, a copy of the above and foregoing has been this date served electronically mailed to the parties listed below:

US TRUSTEE'S OFFICE-SA12
615 E. HOUSTON, SUITE 533
P.O. BOX 1539
SAN ANTONIO, TX 78295

CQ RESTAURANTS LLC DBA
PLANET SUB
8823 TRADEWAY
SAN ANTONIO, TX 78217

Edward L. Bravenec
McKnight & Bravenec Law Office
405 South Presa Street
San Antonio, TX 78205
SBN: 24012329
ATTORNEY FOR DEBTOR

**UNITED STATES BANKRUPTCY**
**COURT WESTERN DISTRICT OF**
**TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No:21-50426** |
| **CQ RESTAURANTS LLC** | § | |
| **DBA PLANET SUB** | § | |
| | § | |
| **Debtor** | § | **Chapter 7** |

### SERVICE LIST

(Via U.S. Mail, First Class, Postage Prepaid, Facsimile or Electronically if a Registered ECF User)

Airgas
335 N WW White Rd.
San Antonio, TX 78219

Amergy Bank
10001 Renuion Place
San Antonio, TX 78216

Aramark
5682 Randolph Blvd.
San Antonio, TX 78233

Bexar County Tax Assessors
c/o Linebarger Goggin Blair
711 Navarro Suite 300
San Antonio, TX 78205

Bexar County Tax Assessors
c/o Linebarger, Goggin Blair
711 Navarro St. # 300
San Antonio, TX 78205

Cintas
7007 Fairgrounds Pkwy
San Antonio, TX 78238

Coca Cola Company
1 Coca-Cola Place
San Antonio, TX 78219

Law Offices of McKnight & Bravenec
405 South Presa
San Antonio, TX 78205

Rockbot
1308 Broadway
Oakland, CA 94612

WhiteStone REIT
2600 S Gessner Rd. #500
Houston, TX 77063

Brian R. Henault, Trustee
1153 E. Commerce
St. Paul Square
San Antonio, TX 78205