# UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No:21-50426 |
| CQ RESTAURANTS LLC | § | |
| dba PLANET SUB | § | |
| | § | |
| Debtor | § | Chapter 7 |

**ORDER**

**DEBTOR CQ RESTAURANTS LLC DBA PLANET SUB** prays that the court hereby grant such Motion and converts Chapter 11 filing to Chapter 7 liquidation and grant Debtors full or partial refund of Debtors Chapter 11 filing fees.

ORDER IS HEREBY GRANTED/DENIED.

SIGNED on this \_\_\_\_\_ day of _____ 2021.

_____

HONORABLE JUDGE PRESIDING