**The relief described hereinbelow is SO ORDERED.**

**Signed April 13, 2021.**

_____
Ronald B. King
Chief United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| CQ RESTAURANTS LLC DBA PLANET SUB, § | | CASE NO. 21-50426-RBK |
| § | | |
| DEBTOR. § | | CHAPTER 7 |

### ORDER CONVERTING CASE

On this day came on to be considered the *Debtor's Motion to Convert to Chapter 7* (ECF No. 5), and it appears to the Court that the *Motion* should be granted in part and that this case should be converted from Chapter 11 to Chapter 7. It further appears to the Court that *Motion* should be denied in part as to Debtor's request for a refund of Debtor's Chapter 11 filing fees.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced case is hereby **CONVERTED** from Chapter 11 to Chapter 7.

It is further **ORDERED, ADJUDGED, AND DECREED** that the Debtor must submit payment

of the $15.00 fee for conversion from Chapter 11 to Chapter 7 within three (3) days of the entry of this *Order*.

It is further **ORDERED, ADJUDGED, AND DECREED** that Debtor's request for a refund of Debtor's Chapter 11 filing fees is hereby **DENIED**.

# # #