UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 21-50426-rbk |
| | § | |
| CQ Restaurants LLC, | § | |
| dba Planet Sub | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Eric B. Terry*, having been appointed trustee of the estate of the above named debtor(s), report I collected funds totaling: $0.00. The case was converted with no plan confirmed and no plan payments made to the trustee. The trustee did not request nor was awarded any compensation under 11 U.S.C. § 330(a). I hereby certify that the estate of the above named debtor has been fully administered through the date of conversion. I request that I be discharged from any further duties as trustee.

Date: 4/22/21         By: _____
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(v)-NDR C