

**The relief described hereinbelow is SO ORDERED.**

**Signed May 13, 2021.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

IN RE: **CQ Restaurants LLC DBA Planet Sub**, Debtor(s)

Bankruptcy Case No.: 21–50426–rbk

Chapter No.: 7

### ORDER DISMISSING CASE FOR FAILURE TO FILE THE DECLARATION FOR ELECTRONIC FILING

Pursuant to the Standing Order Relating to Declarations for Electronic Filing, made effective March 1, 2018, all electronic filers submitting a bankruptcy petition, creditor list, schedules and/or statements must complete the appropriate Declaration for Electronic Filing, which form must be physically signed and filed with the clerk of the bankruptcy court in electronic format. The form must be electronically filed within 5 days of the electronic filing of such petition, creditor list, schedules and/or statements. Failure to file the Declaration to the clerk of court within the time specified may result in the dismissal of the case, without further notice or hearing.

The appropriate Declaration for Electronic Filing was not timely filed in this case. The bankruptcy case is accordingly dismissed, without prejudice to refiling.

###