# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

**Bankruptcy Case No.:  21−50426−rbk**

**Chapter No.:** 7

**Judge:** Ronald B. King

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
CQ Restaurants LLC DBA Planet Sub
8823 Tradeway
San Antonio, TX 78217
**SSN/TAX ID:**
 32−0457826

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

for Debtor on **5/13/21**                    for Joint Debtor (if any) on **N/A**

Dated:  5/13/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]