# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21–50426–rbk

Chapter No.: 7

Judge: Ronald B. King

IN RE: **CQ Restaurants LLC DBA Planet Sub**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    VIA PHONE:(650)479–3207; AC 160–686–6761

on    **6/8/21 at 09:30 AM**

TELEPHONIC Hearing to Consider and Act Upon the Following: DIAL IN INFORMATION IS AS FOLLOWS: (650) 479–3207 Access Code 160–686–6761 (1) IF TIME ESTIMATE EXCEEDS 20 MINUTES OR (2) IF EXHIBITS WILL BE OFFERED PLEASE CONTACT DEANNA CASTLEBERRY @ deanna_Castleberry@txwb.uscourts.gov (Related Document(s): 15 Motion to Vacate Dismissal Order filed by Edward L Bravenec for Debtor CQ Restaurants LLC DBA Planet Sub (Bravenec, Edward) (Related Document(s): 14 Order Dismissing Case For Failure to File the Declaration for Electronic Filing (related document(s): 1 Voluntary Petition under Chapter 11 (Non–Individual) Subchapter V Without Schedules, Without Statement of Financial Affairs, With Attorney Disclosure of Compensation Filed By CQ restaurants LLC DBA Planet Sub. –Declaration for Electronic Filing due by 04/16/2021 Chapter 11 Plan Small Business Subchapter V Due by 07/8/2021.) (Order entered on 5/13/2021)) Hearing Scheduled For 6/8/2021 at 9:30 AM at VIA TELEPHONE–Conference Dial–In Number: (650)479–3207; Access Code: 160–686–6761 (Castleberry, Deanna)

Dated: 5/14/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKapac]