# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 21–50426–rbk
Chapter No.: 7
Judge: Ronald B. King

IN RE: **CQ Restaurants LLC DBA Planet Sub**,
Debtor(s)

## NOTICE OF PAST DUE DEADLINE FOR FILING OF DOCUMENT

The original signed Declaration for Electronic Filing has not been electronically filed into CM/ECF for the filing of:

*22* – Schedules, Statements, and Summary filed by Edward L Bravenec for Debtor CQ Restaurants LLC DBA Planet Sub. –Declaration for Electronic Filing due by 06/14/2021 (Bravenec, Edward)

**Please electronically file the original Declaration for Electronic Filing immediately.** If the Declaration for Electronic Filing is not filed by **July 5, 2021**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

Dated: 6/21/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Declaration Due Letter]** [LtrDclrdu]