# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 21−50426−rbk

Chapter No.: 7

Judge: Ronald B. King

IN RE: **CQ Restaurants LLC DBA Planet Sub**, Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**11/12/21** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205

MAIL COPY OF PROOF OF CLAIM TO:

Jose C Rodriguez
342 W Woodlawn, Suite 103
San Antonio, TX 78212

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

**** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.

Dated: 8/11/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-50426-rbk |
| CQ Restaurants LLC DBA Planet Sub | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 11, 2021 | Form ID: 148 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CQ Restaurants LLC DBA Planet Sub, 8823 Tradeway, San Antonio, TX 78217-6114 |
| 18163449 | + | Airgas, 335 N WW White Rd,, San Antonio, TX 78219-4100 |
| 18163450 | + | Amergy Bank, 10001 Reunion Place, San Antonio Texas 78216-4127 |
| 18163451 | + | Aramark, 5682 Randolph Blvd,, San Antonio, TX 78233-6164 |
| 18163747 | + | Bexar County, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205-1588 |
| 18163453 | + | Bexar County Tax Assessors, C/o Linebarger, Goggin Blair, 711 Navarro St #300, San Antonio Texas 78205-1749 |
| 18163452 | + | Bexar County Tax Assessors, c/o Linebarger Goggin Blair, 711 Navarro Suite 300, San Antonio Texas 78205-1749 |
| 18163454 | + | Cintas, 7007 Fairgrounds Pkwy,, San Antonio, TX 78238-4503 |
| 18163455 | + | Coca Cola Company, 1 Coca-Cola Pl,, San Antonio Texas 78219-3799 |
| 18163456 | + | Law Offices of McKnight & Bravenec, 405 South Presa, San Antonio, TX 78205-3426 |
| 18163457 | + | Rockbot, 1308 Broadway, Oakland, CA 94612-2501 |
| 18163759 | + | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, C/O Elizabeth Weller, 2777 N Stemmons Fwy, Ste 1000, Dallas, TX 75207-2328 |
| 18163458 | + | WhiteStone REIT, 2600 S Gessner Rd #500, Houston, TX 77063-3223 |
| 18163459 | + | Whitestone Strand LLC,, 2600 S. Gressner Rd, Houston Texas 77063-3200 |
| 18166250 | + | Williamson County, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJCRODRIGUEZ.COM | Aug 12 2021 01:58:00 | Jose C Rodriguez, 342 W Woodlawn, Suite 103, San Antonio, TX 78212-3314 |
| ust | | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 11 2021 21:54:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, PO Box 1539, San Antonio, TX 78295-1539 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18163748 | *+ | Bexar County, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205-1588 |
| 18163749 | *+ | Bexar County, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205-1588 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 11, 2021 | Form ID: 148 | Total Noticed: 17 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donald P. Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Edward L Bravenec | on behalf of Debtor CQ Restaurants LLC DBA Planet Sub braveknight@att.net |
| H. Elizabeth Weller | on behalf of Creditor Tarrant County bethw@publicans.com dora.casiano-perez@lgbs.com |
| Jose C Rodriguez | jrodlaw@sbcglobal.net lettyreyna@sbcglobal.net;jrodriguez@ecf.axosfs.com |
| Tara LeDay | on behalf of Creditor Williamson County tleday@mvbalaw.com vcovington@mvbalaw.com;alocklin@mvbalaw.com;bankruptcy@mvbalaw.com;pbowers@mvbalaw.com;vjames@mvbalaw.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 6